UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No.: 8:16-cr-211-T-26JSS

ALTIUS WILLIX                                    18 U.S.C. § 111(a)(1), (b)
                                                        21 U.S.C. §§ 846, 841(a)(1)
                                                        21 U.S.C. § 841(b)(1)(A)(viii)
                                                        21 U.S.C. § 853 (Forfeiture)

## SUPERSEDING INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about April 12, 2016, in the Middle District of Florida,

ALTIUS WILLIX,

did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate

and interfere with an officer and employee of the United States, as designated in

18 U.S.C. § 1114, that is, D.S., a United States Postal Inspector, while he was

engaged in, and on account of, the performance of his official duties, and in

committing said offense, used a deadly and dangerous weapon and inflicted bodily

injury.

In violation of 18 U.S.C. § 111(a)(1) and (b).

### COUNT TWO

On or about April 12, 2016, in the Middle District of Florida,

### ALTIUS WILLIX,

did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate and interfere with an officer and employee of the United States, as designated in 18 U.S.C. § 1114, that is, E.M., a Drug Enforcement Administration Special Agent, while he was engaged in, and on account of, the performance of his official duties, and in committing said offense, used a deadly and dangerous weapon and inflicted bodily injury.

In violation of 18 U.S.C. § 111(a)(1) and (b).

### COUNT THREE

Beginning on an unknown date and continuing through on or about April 12, 2016, in the Middle District of Florida and elsewhere,

### ALTIUS WILLIX,

did knowingly and willfully combine, conspire, and agree with other persons, known and unknown to the Grand Jury, to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii).

2

## COUNT FOUR

On or about April 12, 2016, in the Middle District of Florida,

### ALTIUS WILLIX,

did knowingly and intentionally attempt to possess with intent to distribute 500

grams or more of a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii).

## FORFEITURE

1.     The allegations contained in Counts Three and Four of this

Superseding Indictment are hereby realleged and incorporated by reference, for

the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

2.     Upon conviction of the violations alleged in Counts Three and Four

of this Superseding Indictment,

### ALTIUS WILLIX,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property

constituting or derived from any proceeds obtained, directly or indirectly, as a

result of the defendant's violations, including but not limited to $15,172 in United

States currency, and any property used or intended to be used to commit, or to

facilitate the commission of, such violations.

3.     If any of the property described above, as a result of any act or

omission of the defendants:

      a.     cannot be located upon the exercise of due diligence;

3

b.      has been transferred or sold to, or deposited with, a third

party;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be

divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

under 21 U.S.C. § 853(p).

A TRUE BILL,

Foreperson

A. LEE BENTLEY, III
United States Attorney

By:

Carlton C. Gammons
Assistant United States Attorney

By:

Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crime and Gangs

T:\_Cases\Criminal Cases\W\WILLIX, Altius_2016R00806_CCG\f_superseding indictment (final).docx

4

FORM OBD-34
APR 1991

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

### THE UNITED STATES OF AMERICA

vs.

### ALTIUS WILLIX

## SUPERSEDING INDICTMENT

Violations:

Title 18, United States Code, Section 111(a)(1), (b)
Title 21, United States Code, Sections 846 and 841(a)(1)
Title 21, United States Code, Section 841(b)(1)(A)(viii)

A true bill,

_____
Foreperson

Filed in open court this _____ day of June, 2016.

_____
Clerk                    .

Bail   $_____