UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:16-cr-211-T-26JSS

ALTIUS WILLIX

**GOVERNMENT'S INFORMATION
AND NOTICE OF PRIOR CONVICTIONS**

The United States of America, by Lee Bentley, III, United States Attorney for the Middle District of Florida, files this information and notice of defendant ALTIUS WILLIX'S prior convictions, pursuant to 21 U.S.C. §§ 851 and 841(b)(1), and states the following:

1.  On June 15, 2016, WILLIX was charged in a four-count superseding indictment: Counts One and Two charged WILLIX with forcibly assaulting a federal officer with use of a deadly weapon or inflicting bodily injury, in violation of 18 U.S.C. § 111(a)(1) and (b); Count Three charged WILLIX with conspiring to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii); and Count Four charged WILLIX with attempted possession with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii).

## PRIOR FELONY DRUG CONVICTIONS

2.      On or about September 3, 1993, WILLIX was convicted of felony possession of cocaine, Case No. CF90-0631A1-XX, in the Circuit Court of the Tenth Judicial Circuit in and for Polk County.

3.      On or about June 20, 1995, WILLIX was convicted of Conspiracy to Possess with Intent to Distribute 500 Grams or More of Cocaine, Case No. 8:94-cr-00251-RAL, in the United States District Court, Middle District of Florida, Tampa Division.

## ENHANCED PENALTIES FOR COUNTS THREE AND FOUR

4.      With respect to Counts Three and Four of the Indictment, 21 U.S.C. § 841(b)(1)(A) provides for the following enhanced penalties because of the above prior felony drug convictions, as well as this information and notice: a mandatory minimum term of life imprisonment; a term of supervised release of at least ten years and a maximum term of supervised release of life; and a fine of up to $20,000,000.

**<u>CONCLUSION</u>**

The convictions described above constitute prior felony drug convictions. Accordingly, 21 U.S.C. §§ 841(b)(1) and 851 mandate the increased penalties described in this information and notice.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

/s/ Carlton C. Gammons
CARLTON C. GAMMONS
Assistant United States Attorney
Florida Bar No. 0085903
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: Carlton.Gammons@usdoj.gov

U.S. v. Willix                                              Case No. 8:16-cr-211-T-26JSS

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Deeann Athan, Esq.

*/s/ Carlton C. Gammons*
CARLTON C. GAMMONS
Assistant United States Attorney
Florida Bar No. 0085903
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: Carlton.Gammons@usdoj.gov