## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.  8:16-cr-211-T-26JSS

ALTIUS WILLIX

_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is **ORDERED AND ADJUDGED** that the Defendant's Second Motion to Continue Trial (Dkt. 53) is **denied**.  The motion is based on nothing more than sheer speculation as to the existence of "numerous witnesses to the event that transpired on April 12, 2016" and that those witnesses (assuming they in fact exist) have any evidence or testimony to offer which is favorable to the Defendant.   Furthermore, counsel's commitment to be in Knoxville, Tennessee, on an unrelated federal criminal matter does not take precedence over a scheduled federal criminal trial.[1]  Moreover, a search of Pacer reflects that Defendant's counsel in this case is one of three attorneys who are counsel of record in the Knoxville case, and Defendant's counsel has offered no reasonable

---

[1] Although her commitment to the trial in the dissolution of marriage action also does not take precedence over the trial of this case, especially when the record in that case reflects that Defendant is co-counsel with an extremely experienced family law attorney, the Court, out of deference to the parties and the Court in the dissolution of marriage action, delayed Defendant's trial until the week of July 25th, instead of scheduling it for the week of July 18th.

explanation as to why either of the other two attorneys cannot tend to the Knoxville case. Finally, counsel's representation that she cannot afford Defendant effective representation unless this case is continued until November of this year is yet another instance of sheer speculation.[2] Although the charges pending against the Defendant are serious, the facts are not that complex to justify a continuance under the circumstances presented. This case will proceed to trial as scheduled on **Monday, July 25, 2016, at 8:45 a.m.**

    **DONE AND ORDERED** at Tampa, Florida, on July 14, 2016.

        s/*Richard A. Lazzara*
    **RICHARD A. LAZZARA**
    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[2] The Court notes that if a continuance is granted until November, Defendant's counsel would have a conflict with the Knoxville case which is also scheduled for trial in November.