UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:16-cr-211-T-26JSS

ALTIUS WILLIX
_____/

**O R D E R**

Defendant, through counsel, has filed a Motion for New Trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure. He argues that this Court committed three instances of reversible error with regard to the two counts of the indictment in which a jury convicted him of forcibly assaulting federal officers: (1) failing to give the jury a requested lesser-included offense instruction; (2) failing to give the jury a requested instruction defining the term "inflict;" and (3) prohibiting his defense counsel from arguing to the jury the difference in the common meaning between the terms "inflict" and "caused."[1]

The Court thoroughly addressed each of these issues during the course of the trial and announced on the record, with citations to appropriate legal authority, why it determined a lesser-included offense instruction was not necessary, why the requested

---

[1] The Court notes that the Defendant advances no argument that the Court committed reversible error with regard to the events at trial resulting in his convictions for conspiracy to possess with the intent to distribute 500 grams or more of methamphetamine and attempted possession with intent to distribute 500 grams or more of methamphetamine.

instruction on the definition of "inflict" was inappropriate, and why defense counsel was not permitted to argue to the jury the difference between the terms "inflict" and "caused." After consideration of the arguments advanced by the Defendant's counsel in the Motion for New Trial, the Court perceives of no reason why the Court should now deviate from its rulings on those issues made during the course of the trial. Accordingly, the Motion for New Trial (Dkt. 94) is **denied**.[2]

       **DONE AND ORDERED** at Tampa, Florida, on August 19, 2016.

                             s/*Richard A. Lazzara*
                             **RICHARD A. LAZZARA**
                             **UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record

---

[2] In light of this disposition of the motion, the Court needs no response from the Government.